**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jillian Rose Sheppard and Devin Blaine Sheppard, Respondents,

v.

Terry Cadden and Megan Menou, Defendants,

Of whom Terry Cadden is the Appellant.

Appellate Case No. 2021-001374

———————————

Appeal From Aiken County
Vicki J. Snelgrove, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-187
Submitted April 5, 2022 – Filed May 3, 2022

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Respondents.

Barbara Grimes, of Aiken, as the Guardian ad Litem.

———————————

**PER CURIAM:** Terry Cadden appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cadden's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.